IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LORITA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| SELECT PORTFOLIO SERVICING, INC., | ) | 3:21-CV-3057-G-BN |
| | ) | |
| Defendant. | ) | |

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

This matter is before the court on the parties' Stipulation of Partial Dismissal of Certain Claims without Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  *See* docket entry 11.  The premises considered, now therefore, it is **ORDERED** that the following causes of action asserted by Plaintiff, Lorita Davis ("Plaintiff") are hereby **DISMISSED** without prejudice to re-filing same or any part thereof:  Plaintiff's claims for violations of the Texas Property Code, violations of the Texas Deceptive Trade Practices Act, Promissory Estoppel, Negligent Misrepresentation, Breach of Duty of Cooperation, Breach of Fiduciary Duty, Breach of Good Faith and Fair Dealing, and Intentional Infliction of Emotional Distress.

**SO ORDERED**.

April 25, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**