UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LORITA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| SELECT PORTFOLIO SERVICING, INC., | ) ) | 3:21-CV-3057-G-BN |
| | ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge David L. Horan dated June 6, 2022. The court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

June 28, 2022.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**